# IN THE UNITED STATES MAGISTRATE COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NATHAN H. CUMIN,<br><br>Defendant. | PO 16-5007-BLG-CSO<br><br>Violation No. F3643347<br>Location Code:   M6H<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS ORDERED that the motion to dismiss without prejudice (*ECF No. 6*) is GRANTED and Violation No. F3643347 issued on December 31, 2015, against defendant Nathan H. Cumin, is DISMISSED, without prejudice.

Accordingly, the trial set in this matter for July 21, 2016, at 9:00 a.m. is VACATED.

DATED this 5th day of July, 2016.

/s/ Carolyn S. Ostby
United States Magistrate Judge